IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02286-JLK-KLM

HYDE PARK, INC., a Colorado corporation d/b/a Hyde Park Jewelers, Inc.,

    Plaintiff/Counter Defendant,

v.

DESIGNER SHOWCASES, INC., an Ohio corporation, and
RICHARD BOYER, an individual,

    Defendants/Counter Claimants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion for Entry of the Proposed Confidentiality Agreement and Protective Order** [Docket No. 14; Filed December 9, 2010].

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [Docket No. 14-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: December 10, 2010