**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam  Date: November 15, 2011
Court Reporter: Tracy Weir

Civil Action No.: 10-cv-02286-JLK-KLM

| *Parties:* | *Counsel:* |
|---|---|
| HYDE PARK, INC d/b/a<br>HYDE PARK JEWELERS, INC., a Colorado corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DESIGNER SHOWCASES, INC., an Ohio corporation; and ROGER BOYER, an individual,<br><br>    Defendants. | Peter J. Korneffel, Jr.<br><br><br><br><br><br><br>Kit B. Bradshaw |

## COURTROOM MINUTES

**Motion Hearing**

**2:00 p.m.    Court in session.**

Court calls case. Counsel present. Also present, client representative for the Plaintiff, Damon Gross. *Pro se* Defendant, Roger Boyer, present via telephone.

Preliminary remarks by the Court.

**ORDERED:   PLAINTIFF HYDE PARK, INC.'S MOTION FOR SUMMARY JUDGMENT (Filed 5/31/11; Doc. No. 25) is DENIED.**

**ORDERED:   A Trial Preparation Conference is set for February 9, 2012 at 9:00 a.m.**

**ORDERED:   A three-day Bench Trial is set to begin on February 27, 2012 at 9:00 a.m.**

**2:02 p.m.    Court in recess.**
Hearing concluded.
Total time in court: 2 minutes.