IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-02286-JLK-KLM**

**HYDE PARK, INC., d/b/a HYDE PARK JEWELERS, INC., a Colorado corporation,**

    Plaintiff,

v.

**DESIGNER SHOWCASES, INC., an Ohio corporation; and
ROGER BOYER, an individual**,

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Pro se Defendant Roger Boyer's Petition (Motion) for Continuance or Stay (Doc. 68) is disposed of as follows:  The Final Trial Preparation Conference currently set for 9:00 a.m. this Thursday, February 9, 2012, is VACATED, but the February 27, 2012 trial date will remain on the Court's calendar and WILL NOT BE CONTINUED unless and until stayed as a result of Mr. Boyer's portended bankruptcy filing or otherwise ordered.

Dated:  February 7, 2012